UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH CAFARO,

    Plaintiff,

v.                                                           Case No: 8:15-cv-142-T-36AEP

WELLS FARGO BANK, ESTATE OF
DIANE WYLLINS, STATE OF FLORIDA,
SOMMER CAMPBELL, RONALD
WYLLINS, ROLAND WALLER, US
DEPT OF JUSTICE, US BANKRUPTCY
FRAUD TASK FORCE, PASCO CIRCUIT
COURT and PASCO CIRCUIT COURT,

    Defendants.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Anthony E. Porcelli on April 24, 2015 (Doc. 6). In the Report and Recommendation, Magistrate Judge Porcelli recommends that Plaintiff's construed motion to proceed *in forma pauperis* (Doc. 2) be DENIED and Plaintiff's Complaint (Doc. 1) be DISMISSED. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)   The Report and Recommendation of the Magistrate Judge (Doc. 6) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

(3)   The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** at Tampa, Florida on May 13, 2015.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Anthony E. Porcelli
Counsel of Record

2